No. 23-11489-D

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee,*

v.

**RYAN VINCENT HILL,**

*Defendant-Appellant.*

On appeal from the United States District Court
for the Northern District of Georgia
No. 1:19-CV-02608-AT; 1:15-CR-00109-AT-JSA

## CERTIFICATE OF INTERESTED PERSONS FILED BY APPELLEE

RYAN K. BUCHANAN
*United States Attorney*

GABRIEL A. MENDEL
*Assistant United States Attorney*

600 United States Courthouse
75 Ted Turner Drive S.W.
Atlanta, GA 30303
(404) 581-6000

No. 23-11489-D

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In addition to those listed in Appellant's Certificate of Interested Persons, the following people have an interest in the outcome of this appeal:

Anand, Hon. Justin S., United States Magistrate Judge

Berne, Steven Paul, Counsel For Co-Defendant Tekevious Nicole Brandon

Buchanan, Ryan K., United States Attorney

Calvert, Victoria Marie, Former Counsel For Co-Defendant Connie Cristobal Montoya

Erskine, Kurt R., former United States Attorney

Finlayson, L. Burton, Former Counsel For Appellant

Fortras, Eric Scott, Counsel for Co-Defendant Paris Lashay Paggett

Horn, John A., Former United States Attorney

Lewis, Brandon, Counsel For Co-Defendant Connie Cristobal Montoya

Lovell, John R., Counsel For Co-Defendant Connie Cristobal Montoya

Manchel, Howard Jay, Counsel For Xavier Shields

Morrison, William Allman, Counsel For Co-Defendant Kayode Philip Adeleye

Norton, Jr., Albert Lewis, Counsel for Appellant

No. 23-11489-D

Pak, Byung J., former United States Attorney

Shreenath, Jay Iyengar, Counsel for Co-Defendant Paris Lashay Paggett

Silva, V. Natasha Perdew, Counsel For Co-Defendant Connie Cristobal Montoya

Spencer, R. Gary, Former Counsel For Co-Defendant Bruce Brown

Strongwater, Jay Lester, Counsel For Co-Defendant Xavier Shields

United States of America, Appellee

Wooldridge, Thomas Colin, Counsel For Co-Defendant Bruce Brown

No publicly traded company or corporation has an interest in the outcome of the case or appeal.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

*/s/ Gabriel A. Mendel*
GABRIEL A. MENDEL
*Assistant United States Attorney*

## CERTIFICATE OF COMPLIANCE AND SERVICE

This Certificate complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 word processing software in 14-point Goudy Old Style.

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record, and by mailing a copy with sufficient postage to:

> BRUCE HARVEY, ESQ.
> Law Office of Bruce Harvey
> 146 Nassau Street, NW
> Atlanta, GA 30303

June 2, 2023

> */s/ Gabriel A. Mendel*
> GABRIEL A. MENDEL
> *Assistant United States Attorney*