# No. 23-11489-D

---

# In the United States Court of Appeals for the Eleventh Circuit

RYAN VINCENT HILL,

*Appellant,*

*v.*

UNITED STATES OF AMERICA,

*Appellee,*

---

ON APPEAL FROM THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

---

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

---

Bruce S. Harvey
**THE LAW OFFICES OF BRUCE HARVEY**
146 Nassau St. NW
Atlanta, Georgia 30303
Telephone: 404-659-4628
Email: bruce@bharveylawfirm.com
jamie@bharveylawfirm.com

Attorney for Appellant Ryan Vincent Hill

C - **1** of **5**

|  |  |
|---|---|
| **RYAN VINCENT HILL**<br>　Appellant,<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br>　Appellee. | )<br>)<br>)　**APPEAL NO. 23-11489-D**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

　Counsel for the Appellant Ryan Vincent Hill hereby certifies, in accordance with F.R.A.P. 26.1 and 11th Cir. R.26.1, that the following Persons may have an interest in the outcome of this case:

1. Adelye, Kayode Philip, Codefendant

2. Anand, The Hon. Justin, U.S. Magistrate Judge – N.D.Ga.

3. Brandon, Tekevious Nicole, Codefendant

4. Brown, Bruce, Codefendant

5. Burch, Carolyn, Attorney for Appellee

6. Ghose, John, Attorney for Appellee

7. Goss, Dahil, Attorney for Appellee

8. Harvey, Bruce, Attorney for Appellant Hill

9. Hill, Ryan Vincent, Appellant

10. King, The Hon. Janet, U.S. Magistrate Judge – N.D.Ga.

```
_____  )
                                 )
                                 )
RYAN VINCENT HILL                )   APPEAL NO. 23-11489-D
     Appellant,                  )
                                 )
                                 )
   v.                            )
                                 )
                                 )
UNITED STATES OF AMERICA         )
     Appellee.                   )
                                 )
_____  )
```

    11. Mendel, Gabriel, Attorney for Appellee

    12. Montoya, Connie Cristobul, Codefendant

    13. Montoya, Joe Francisco, Codefendant

    14. Moultree, Richard, Attorney for Appellee

    15. Paggett, Paris Lashay, Codefendant

    16. Pfister, Laura, Attorney for Appellee

    17. Scofield, III, The Hon. Clayton, U.S. Magistrate Judge – N.D.Ga.

    18. Shields, Xavier Cornelius, Codefendant

    19. Silva, Wellekson Goncalves, Attorney for Appellee

    20. Sommerfield, Lawrence, Attorney for Appellee

    21. Totenberg, The Hon. Amy, U.S. District Judge – N.D.Ga.

    22. Vineyard, The Hon. Russell, U.S. Magistrate Judge – N.D.Ga.

    23. Walker, The Hon. Linda, U.S. Magistrate Judge – N.D.Ga.

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| **RYAN VINCENT HILL** | ) | **APPEAL NO. 23-11489-D** |
|     **Appellant,** | ) | |
| | ) | |
|   **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
|     **Appellee.** | ) | |
| | ) | |
| _____ | ) | |

24. Wells Fargo & Company, a publicly traded company with the stock ticker symbol WFC, Victim

25. Besides Wells Fargo & Company, no publicly traded company or corporation has an interest in the outcome of the case or appeal.

11 June 2023.                         By: **s/ Bruce S. Harvey**

                                                         Bruce S. Harvey

                                                         Ga. Bar No. 335175

**THE LAW OFFICERS OF BRUCE HARVEY**
146 Nassau St. NW
Atlanta, Georgia 30303
Telephone: 404-659-4628
Email: bruce@bharveylawfirm.com
        jamie@bharveylawfirm.com

C - **1** of **5**

| | |
|---|---|
| _____ ) <br> ) <br> **RYAN VINCENT HILL** ) <br>     Appellant, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA** ) <br>     Appellee. ) <br> ) <br> _____ ) | **APPEAL NO. 23-11489-D** |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT BRIEF

COMES NOW the Defendant above-named, by and through undersigned counsel, and moves this Court, pursuant to FRAP 26(b) and 11th Cir. R. 2-1, to enter an Order allowing an extension of time to file pretrial motions, in the above-captioned matter. In support thereof, Defendant shows as follows:

1. The Defendant's Appellant Brief is currently due on or before Monday, June 12, 2023 in the above-captioned matter.

2. Undersigned is lead counsel for the Defendant in *State of Georgia v. Quamarvious Nichols,* Case No. *22SC183572*, in which trial commenced on January 4, 2023, at 9:00 a.m., before Judge Glanville, in the Fulton County Superior Court. This is a RICO case with multiple defendants. The trial is anticipated to last up to a year.

1

3. The Defendant requests that the Court grant his request and enter an Order allowing an additional twenty (20) days from June 12, 2023, in which to file Appellant's Brief.

4. Counsel requested the Government's approval for Defendant's motion, but as of this filing we have not received a response.

WHEREFORE, based upon the within and foregoing, the Defendant requests that this Motion for Extension of Time to File Appellant Brief be granted.

This 11 day of June 2023.

                Respectfully submitted,

                /s/ Bruce S. Harvey
                LAW OFFICE OF BRUCE S. HARVEY
                ATTORNEY FOR DEFENDANT
                Bruce S. Harvey, #335175
                bruce@bharveylawfirm.com
                146 Nassau Street, NW
                Atlanta, Georgia 30303
                (404) 659-4628

## CERTIFICATE OF SERVICE

I certify that this Motion complies with the typeface requirements of Federal R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) in a proportionately spaced type using Microsoft 365 in 14-point Times New Roman font. This Motion also complies with the type-volume limitation of Fed. R. App. App. P. 27(d)(2)(A)

I electronically filed the foregoing Certificate of Interested Persons with the Clerk of Court using the Eleventh Circuit CM/ECF system, which will send notification of filing to all parties of record.

Lawrence Sommerfeld
US Attorney's Office
75 Ted Turner Dr. SW, Ste. 600
Atlanta, GA 30303

11 June 2023.                                By: **s/ Bruce S. Harvey**
                                                  Bruce S. Harvey
                                                  Ga. Bar No. 335175

**THE LAW OFFICES OF BRUCE HARVEY**
146 Nassau St. NW
Atlanta, GA 30303
Telephone: 404-659-4628
Email: bruce@bharveylawfirm.com

3