# No. 23-11489-D

_____

# In the United States Court of Appeals for the Eleventh Circuit

RYAN VINCENT HILL,

*Appellant,*

*v.*

UNITED STATES OF AMERICA,

*Appellee,*

_____

ON APPEAL FROM THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

_____

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

_____

Bruce S. Harvey
**THE LAW OFFICES OF BRUCE HARVEY**
146 Nassau St. NW
Atlanta, Georgia 30303
Telephone: 404-659-4628
Email: bruce@bharveylawfirm.com
jamie@bharveylawfirm.com

Attorney for Appellant Ryan Vincent Hill

C - **1** of **4**

|  |  |
|---|---|
| _____ )<br>)<br>**RYAN VINCENT HILL** )<br>   **Appellant,** )<br>)<br>**v.** )<br>)<br>)<br>**UNITED STATES OF AMERICA** )<br>   **Appellee.** )<br>)<br>_____ ) | **APPEAL NO. 23-11489-D** |

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel for the Appellant Ryan Vincent Hill hereby certifies, in accordance with F.R.A.P. 26.1 and 11th Cir. R.26.1, that the following Persons may have an interest in the outcome of this case:

1. Adelye, Kayode Philip, Codefendant

2. Anand, The Hon. Justin, U.S. Magistrate Judge – N.D.Ga.

3. Brandon, Tekevious Nicole, Codefendant

4. Brown, Bruce, Codefendant

5. Burch, Carolyn, Attorney for Appellee

6. Ghose, John, Attorney for Appellee

7. Goss, Dahil, Attorney for Appellee

8. Harvey, Bruce, Attorney for Appellant Hill

9. Hill, Ryan Vincent, Appellant

10. King, The Hon. Janet, U.S. Magistrate Judge – N.D.Ga.

```
_____  )
                                 )
                                 )
RYAN VINCENT HILL                )     APPEAL NO. 23-11489-D
    Appellant,                   )
                                 )
                                 )
  v.                             )
                                 )
                                 )
UNITED STATES OF AMERICA         )
    Appellee.                    )
                                 )
_____  )
```

11. Mendel, Gabriel, Attorney for Appellee

12. Montoya, Connie Cristobul, Codefendant

13. Montoya, Joe Francisco, Codefendant

14. Moultree, Richard, Attorney for Appellee

15. Paggett, Paris Lashay, Codefendant

16. Pfister, Laura, Attorney for Appellee

17. Scofield, III, The Hon. Clayton, U.S. Magistrate Judge – N.D.Ga.

18. Shields, Xavier Cornelius, Codefendant

19. Silva, Wellekson Goncalves, Attorney for Appellee

20. Sommerfield, Lawrence, Attorney for Appellee

21. Totenberg, The Hon. Amy, U.S. District Judge – N.D.Ga.

22. Vineyard, The Hon. Russell, U.S. Magistrate Judge – N.D.Ga.

23. Walker, The Hon. Linda, U.S. Magistrate Judge – N.D.Ga.

| | |
|---|---|
| _____ ) <br> ) <br> **RYAN VINCENT HILL** ) <br>   **Appellant,** ) <br> ) <br>   **v.** ) <br> ) <br> **UNITED STATES OF AMERICA** ) <br>   **Appellee.** ) <br> ) <br> _____ ) | **APPEAL NO. 23-11489-D** |

24. Wells Fargo & Company, a publicly traded company with the stock ticker symbol WFC, Victim

25. Besides Wells Fargo & Company, no publicly traded company or corporation has an interest in the outcome of the case or appeal.

| | |
|---|---|
| 12 June 2023. | By: **s/ Bruce S. Harvey** <br>      Bruce S. Harvey <br>      Ga. Bar No. 335175 |

**THE LAW OFFICERS OF BRUCE HARVEY**
146 Nassau St. NW
Atlanta, Georgia 30303
Telephone: 404-659-4628
Email: bruce@bharveylawfirm.com

|  |  |
|---|---|
| _____ ) | |
| ) | |
| **RYAN VINCENT HILL** ) | **APPEAL NO. 23-11489-D** |
| Appellant, ) | |
| ) | |
| **v.** ) | |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| Appellee. ) | |
| ) | |
| _____ ) | |

# AMENDED CONSENT MOTION FOR EXTENSION OF TIME TO FILE APPELLANT BRIEF

COMES NOW the Defendant above-named, by and through undersigned counsel, and amends his previous Motion For Extension Of Time To File Appellant Brief [Doc. 11], and moves this Court, pursuant to FRAP 26(b) and 11th Cir. R. 2-1, to enter an Order allowing an extension of time to file pretrial motions, in the above-captioned matter. In support thereof, Defendant shows as follows:

1. The Defendant's Appellant Brief is currently due on or before Monday, June 12, 2023 in the above-captioned matter.

2. Undersigned is lead counsel for the Defendant in *State of Georgia v. Quamarvious Nichols,* Case No. *22SC183572*, in which trial commenced on January 4, 2023, at 9:00 a.m., before Judge Glanville, in the Fulton County Superior Court. This is a RICO case with multiple defendants. The trial is anticipated to last up to a year.

1

3. The Defendant requests that the Court grant his request and enter an Order allowing an additional twenty (20) days from June 12, 2023, in which to file Appellant's Brief.

4. Counsel requested the Government's approval for Defendant's motion, and the Government consents to Defendant's motion.

WHEREFORE, based upon the within and foregoing, the Defendant requests that this Motion for Extension of Time to File Appellant Brief be granted.

This 12 day of June 2023.

                        Respectfully submitted,

                        /s/ Bruce S. Harvey
                        LAW OFFICE OF BRUCE S. HARVEY
                        ATTORNEY FOR DEFENDANT
                        Bruce S. Harvey, #335175
                        bruce@bharveylawfirm.com
                        146 Nassau Street, NW
                        Atlanta, Georgia 30303
                        (404) 659-4628

## CERTIFICATE OF SERVICE

I certify that this Motion complies with the typeface requirements of Federal R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) in a proportionately spaced type using Microsoft 365 in 14-point Times New Roman font. This Motion also complies with the type-volume limitation of Fed. R. App. App. P. 27(d)(2)(A)

I electronically filed the foregoing Amended Consent Motion For Extension Of Time To File Appellant Brief with the Clerk of Court using the Eleventh Circuit CM/ECF system, which will send notification of filing to all parties of record.

Lawrence Sommerfeld
US Attorney's Office
75 Ted Turner Dr. SW, Ste. 600
Atlanta, GA 30303

12 June 2023.                                By: s/ Bruce S. Harvey
                                                 Bruce S. Harvey
                                                 Ga. Bar No. 335175

**THE LAW OFFICES OF BRUCE HARVEY**
146 Nassau St. NW
Atlanta, GA 30303
Telephone: 404-659-4628
Email: bruce@bharveylawfirm.com

3